UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 SEP 26 PM 12: 14
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | **INDICTMENT** |
| **KEIVAUN M. NEAL,** | **18 U.S.C. §§ 922(g)(1) and 924(a)(8)** |
| Defendant. | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Felon in Possession of a Firearm)**

1. On or about April 18, 2023, in the Southern District of Ohio, the defendant, **KEIVAUN M. NEAL**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Taurus, model G3, 9mm pistol, bearing serial number ACA420030, and the firearm was in and affecting interstate and foreign commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

2. The allegations contained in this Indictment are hereby re-alleged and incorporated here by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1).

3. Upon conviction of the offense alleged in Count 1 of the Indictment, the defendant, **KEIVAUN M. NEAL**, shall forfeit to the United States all firearms and ammunition involved in or used in the offense, including: a Taurus, model G3, 9mm pistol, bearing serial number ACA420030, and any associated ammunition.

Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

                                                **s/Foreperson**
                                                Foreperson

KENNETH L. PARKER
UNITED STATES ATTORNEY

_____
DAMOUN DELAVIZ (PA 309631)
Assistant United States Attorney